IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01184-WDM-CBS

COLORADO INTERSTATE GAS COMPANY,

    Plaintiff,

v.

5.81 ACRES IN LAS ANIMAS COUNTY COLORADO; et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice against Stone Ridge, LLC, Trinidad Golf, LLC, Trinidad Land Company, LLC and Trinidad Operations, Inc. only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 9, 2005.

                                                  BY THE COURT:

                                                /s/ Walker D. Miller
                                                United States District Judge

PDF FINAL