IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01184-WDM-CBS

COLORADO INTERSTATE GAS COMPANY,

    Plaintiff,

v.

5.81 ACRES IN LAS ANIMAS COUNTY COLORADO, et al.,

    Defendants.

## ORDER STRIKING NOTICE OF DISMISSAL

Miller, J.

    This case is before me on the plaintiff's Notice of Dismiss, filed October 12, 2005, purporting to dismiss defendants Olsson Associates, Sunflower Valley Pipeline Association, San Isabel Cellular of Colorado Limited Partnership, San Isabel Electric Association, and Additional Unknown Interest Owners pursuant to Fed. R. Civ. P. 71A(i)(2).  Dismissal of a condemnation action as to certain property under Rule 71A(i)(1) without court approval is limited to cases where "no hearing has begun to determine the compensation to be paid for a piece of property and the plaintiff has not acquired the title or a lesser interest in or taken possession" of that property.  *See also* Fed. R. Civ. P. 71A advisory committee's note ("Both the right of the plaintiff to dismiss by filing a notice of dismissal and the right of the court to permit a dismissal are circumscribed to the extent that where the plaintiff has acquired the title or a lesser interest or possession, viz., any property interest for which just compensation should be

paid, the action may not be dismissed, without the defendant's consent").

The Notice of Dismissal does not inform the court that plaintiff has not acquired title or a lesser interest in or possession of the property described in the attached exhibits. Without this information, I am unable to permit the requested dismissal.

Accordingly, it is ordered that the Notice of Dismissal filed October 12, 2005, is stricken without prejudice.

DATED at Denver, Colorado, on October 13, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge