IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  05-cv-1184-WDM-CBS

COLORADO INTERSTATE GAS COMPANY,

     Plaintiff,

v.

5.81 ACRES IN LAS ANIMAS COUNTY, COLORADO,
STONE RIDGE, LLC,
TRINIDAD GOLF, LLC,
TRINIDAD LAND COMPANY, LLC,
OLSSON ASSOCIATES,
SUNFLOWER VALLEY PIPELINE ASSOCIATION,
SAN ISABEL CELLULAR OF COLORADO LIMITED PARTNERSHIP,
SAN ISABEL ELECTRIC ASSOCIATION, and
ADDITIONAL UNKNOWN INTEREST OWNERS,

     Defendants.

## NOTICE OF DISMISSAL OF REMAINING DEFENDANTS

Miller, J.

The court takes judicial notice that Plaintiff has filed a Notice of Dismissal in accordance with Fed. R. Civ. P. 71A(i)(1).  No hearing has begun in this matter, and I am informed by affidavit that Plaintiff has not acquired title, a lesser interest or possession of property belonging to any of the dismissed defendants.

Having previously dismissed defendants Stone Ridge, LLC, Trinidad Golf, LLC, Trinidad Land Company, LLC, and Trinidad Operations Inc., this notice effectively dismisses all remaining defendants.  Accordingly, I take judicial notice that the complaint is dismissed without prejudice against all remaining defendants, namely 5.81

Acres in Las Animas County, Colorado, Olsson Associates, Sunflower Valley Pipeline Association, San Isabel Cellular of Colorado Limited Partnership, San Isabel Electric Association, and Additional Unknown Interest Owners.

DATED at Denver, Colorado, on October 26, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge